# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00820-CV

**Eue J. Jeong, Appellant**

**v.**

**Texas Greenovation, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-008244, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's opening brief was originally due on April 30, 2015. We extended the deadline until August 19, 2015. After this deadline passed without a brief being filed, our Clerk sent notice to appellant on August 25, 2015, warning that his brief was overdue and that the appeal could be dismissed for want of prosecution if appellant did not respond with a reasonable explanation for the failure by September 4, 2015.[1] To date, appellant has provided no explanation of his ongoing failure to file a brief, let alone filed one. We dismiss the appeal for want of prosecution.[2]

---

[1] *See* Tex. R. App. P. 38.8(a)(1) (if appellant fails to timely file a brief, this Court is empowered to dismiss the appeal for want of prosecution unless appellant reasonably explains the failure and appellee is not significantly injured by that failure).

[2] *See id.* R. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   September 30, 2015

2